JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY, | CASE NO. CV 10-2280 DSF (RZx) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION BY REASON OF SETTLEMENT |
| SWISS REINSURANCE AMERICA CORPORATION, et al. | |
| Defendants. | |

The Court has been advised by counsel that this action has been settled by stipulated judgment, and it is not necessary that the action remain on the Court's calendar.

Accordingly, it is ordered that the action is dismissed without prejudice. The Court retains jurisdiction for thirty days to vacate this Order and to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary.

IT IS SO ORDERED.
  6/28/11
Dated: _____     _____
                            Dale S. Fischer
                            United States District Judge